**Opinion issued May 20, 2014.**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-13-00043-CV

_____

**RUSSELL IVY, INDIVIDUALLY, AND LISA GAYE IVY, INDIVIDUALLY, D/B/A IVY COMPANIES, Appellants**

**V.**

**CHRIS HYMEL, Appellee**

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 57253**

## MEMORANDUM OPINION

Appellants, Russell Ivy, Individually, and Lisa Gaye Ivy, Individually, and d/b/a Ivy Companies, have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief).

After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.